# Court of Appeals
# of the State of Georgia

ATLANTA, June 11, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2076. MUHAMMED v. CITY OF COLLEGE PARK et al.**

This appeal was docketed on May 20, 2026, and therefore, Appellant's brief and enumerations of error were due by June 9, 2026. Appellant has failed to file his brief or enumerations of error, and accordingly, the above referenced appeal is hereby **DISMISSED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/11/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*